JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN BALBUENA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOLLAR TREE STORES, INC, a California Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-CV-04284- BRO-AJW<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 30, 2017<br>Trial Date: None<br>District Judge: Hon. Beverly Reid O'Connell<br>Magistrate Judge: Hon. Andrew J. Wistrich |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear her/its own costs and attorney fees.

IT IS SO ORDERED.

DATED: August 25, 2017

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE